Hon. Ricardo S. Martinez

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10

| | |
|---|---|
| HUSSAIN AL GAZAWI, | |
| Plaintiff, | No.  C08-1276-RSM |
| v. | |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JULIA HARRISON, Seattle Field Office Director, U.S. Citizenship and Immigration Services, | NOTICE OF SUBSTITUTION OF COUNSEL |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20

        Notice is hereby given that Rebecca S. Cohen, Assistant United States Attorney, is

substituted for Priscilla T. Chan as counsel in the above-entitled case:

21
22
23
24
25

                        Rebecca S. Cohen
                        Assistant United States Attorney
                        700 Stewart Street, Suite 5220
                        Seattle, Washington 98101-1271

26
27
28

NOTICE OF SUBSTITUTION OF COUNSEL  –  1
(C08-1276-RSM)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

2    You are advised that service of all further pleadings, notices, documents, or other papers

3    herein, exclusive of original process, may be made upon said federal defendants by serving the

4    above-named attorney at the address indicated above.

      DATED this 28th day of August, 2008.

5
                                                Respectfully submitted,
6
                                                JEFFREY C. SULLIVAN
7                                               United States Attorney

8

9                                               s/Rebecca S. Cohen
                                                REBECCA S. COHEN, WSBA #31767
10                                              Assistant United States Attorney
                                                United States Attorney's Office
11                                              700 Stewart Street, Suite 5220
                                                Seattle, Washington 98101-1271
12                                              Phone: 206-553-7970
                                                Fax:   206-553-4073
13                                              E-mail: rebecca.cohen@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL  –  2
(C08-1276-RSM)

1

2                          **CERTIFICATE OF SERVICE**

3

4         The undersigned hereby certifies that she is an employee in the United States Attorney

Office for the Western District of Washington and is a person of such age and discretion as to be
5
competent to serve papers.
6
          That on August 28, 2008, she electronically filed the foregoing with the Clerk of Court
7
using the CM/ECF system, which will send notification of such filing to the attorney(s) of record
8
for the plaintiff(s):
9
          Bart Klein
10         E-mail: bart.klein@bartklein.com

11
          To the person(s) who are non CM/ECF participants, service will be made via U.S. postal
12
service,  addressed as follows:
13
          -0-
14
          DATED this 28th day of August, 2008.
15

16

17                                          s/Amy Hanson
                                            AMY HANSON, Legal Assistant
18                                          United States Attorney's Office
                                            700 Stewart Street, Suite 5220
19                                          Seattle, Washington 98101-1271
                                            Phone: 206-553-7970
20                                          FAX:   206-553-4073
                                            E-mail: amy.hanson@usdoj.gov
21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL  –  3
(C08-1276-RSM)