Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| HUSSAIN AL GAZAWI (Agency # A71-732-661),<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; et al.,<br><br>Defendants-Respondents. | No. C06-1696-RSM<br><br>JOINT STIPULATION AND CONSOLIDATION ORDER<br><br>*Clerk's Action Required* |

## STIPULATION

Plaintiff-Petitioner Hussain Al Gazawi filed the above-referenced action in 2006 pursuant to 8 U.S.C. § 1447(b), asking the Court to adjudicate his N-400 naturalization application, or to remand the matter to USCIS with instructions to the agency to adjudicate the application. On October 18, 2007, this Court granted the Government's Motion to Remand and ordered that the "case shall be remanded to USCIS to make a final adjudication on plaintiff's naturalization application <u>no later than thirty (30) days from the state of this Order</u>. The parties shall submit a joint status report to the Court updating the status of plaintiff's application once this time frame has elapsed." *See* Court Order of October 18, 2007, at Dkt. No. 20. USCIS subsequently denied the application. In a Joint Status Report filed on November 19, 2007 (Dkt. No. 21), the

STIPULATED ORDER OF CONSOLIDATION – 1
(C06-1696-RSM)

parties explained to the Court as follows:

> The Government contends that Mr. Al-Gazawi's application was adjudicated by USCIS within 30 days of the Court's order, and that USCIS has fully complied with the terms of the Order. Thus, the Government believes that Mr. Al-Gazawi's claims are now moot and this action should be dismissed. Mr. Al-Gazawi interprets the Court's Order differently, such that USCIS should have adjudicated the application *and* completed the administrative review process within thirty days to arrive at a final adjudication that can be reviewed de novo by this Court.

Accordingly, the parties explained in their Joint Status Report that "Mr. Al-Gazawi plans to soon file a motion asking the Court to review the N-400 application *de novo* as if the appellate review process under Section 1447(a) and 8 C.F.R. § 336.2 had already been concluded, or ask the Court to find the defendant USCIS Field Director in contempt of the Order. The parties have agreed that any disagreement related to the meaning of the Court's October 18 Order will be addressed in that motion." *See* Joint Status Report, at Dkt. No. 21.

Thereafter, on December 4, 2007, Plaintiff filed an administrative appeal over the decision, and an administrative hearing was held on June 9, 2008. On August 17, 2008, Plaintiff filed a Motion for Contempt in this action with respect to the Court's Order of October 18, 2007. The Motion for Contempt remains pending and is noted for consideration on September 12, 2008.

Also in August of 2008, Plaintiff filed a second action under 8 U.S.C. § 1421(c), seeking a judicial determination on his naturalization application. *See Mansha v. Mukasey, et al.*, Case No. 08-1031-JLR. Plaintiff was one of six individuals in the *Mansha* case seeking judicial review under 8 U.S.C. § 1421(c).

On August 27, 2008, at the request of the parties, Judge Robart dismissed four of the *Mansha* plaintiffs and severed the claims of the two remaining plaintiffs into separate actions. *See Mansha v. Mukasey, et al.*, Case No. 08-1031-JLR, at Dkt. No. 6. Plaintiff Al Gazawi's claims are therefore proceeding under Case No. 08-1276-RSM, although Judge Robart directed the parties "to file with Judge Martinez a stipulation and order to consolidate C08-1276RSM [this action] with *Al Gazawi v. Mukasey*, C06-1696RSM

STIPULATED ORDER OF CONSOLIDATION – 2
(C06-1696-RSM)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  (W.D. Wash. Filed Nov. 22, 2006)." *Id*.  Accordingly, the parties to the above-
2  referenced action, through their undersigned counsel of record, hereby STIPULATE,
3  AGREE, and JOINTLY REQUEST that this action be consolidated with *Al Gazawi v.*
4  *Mukasey, et al.*, W. D. Wash. Case No. 08-1276-RSM.

6      Dated this 28th day of August, 2008.

8  JEFFREY C. SULLIVAN                    LAW OFFICES OF BART KLEIN
   United States Attorney

10  /s/ Rebecca S. Cohen                    /s/ Bart Klein
    REBECCA S. COHEN, WSBA No. 31767    BART KLEIN, WSBA #10909
    Assistant United States Attorney             Law Offices of Bart Klein
    Attorney for Defendants-Respondents     605 First Avenue, Suite 500
    U.S. Attorney's Office                         Seattle, WA 98104
    Western District of Washington           Phone: 206-624-3787
    700 Stewart Street, Suite 5220            Fax: 206-624-6371
    (206) 553-7970                                Email: bklein@bartklein.com
    rebecca.cohen@usoj.gov               Attorneys for Plaintiff-Petitioner

STIPULATED ORDER OF CONSOLIDATION – 3
(C06-1696-RSM)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having so stipulated and agreed, it is hereby **SO ORDERED**. This action is |
| 3 | hereby consolidated with *Al Gazawi v. Mukasey, et al.*, W. D. Wash. Case No. 08-1276- |
| 4 | RSM under the above-referenced case number. The Clerk is directed to send copies of this |
| 5 | Order to all counsel of record, and is directed to file this Order in Case No. C08-1276-RSM. |
| 6 |   |
| 7 | DATED this _2  day of September, 2008. |

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

JEFFREY C. SULLIVAN
United States Attorney


 /s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United States Attorney
Attorney for Defendants-Respondents
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
(206) 553-7970
rebecca.cohen@usoj.gov


LAW OFFICES OF BART KLEIN


/s/ Bart Klein
BART KLEIN, WSBA #10909
Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle, WA 98104
Phone: 206-624-3787
Fax: 206-624-6371
Email: bklein@bartklein.com
Attorneys for Plaintiff-Petitioner

STIPULATED ORDER OF CONSOLIDATION  –  4
(C06-1696-RSM)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970